**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117049
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 17 2019 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Sarah Salamon, individually and on behalf of all others similarly situated,

　　　　　　　　Plaintiff,

　　-against-

Malen & Associates, P.C.,

　　　　　　　　Defendant.

Docket No: 1:19-cv-03701-ILG-ST

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: October 16, 2019

*So Ordered*
s/I. Leo Glasser, USDJ
10/17/19

　　　　　　　　BARSHAY SANDERS, PLLC

　　　　　　　　By: __/s Craig B. Sanders__
　　　　　　　　Craig B. Sanders
　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　Garden City, New York 11530
　　　　　　　　Tel. (516) 203-7600
　　　　　　　　Email: *ConsumerRights@BarshaySanders.com*
　　　　　　　　Our File No: 117049
　　　　　　　　*Attorneys for Plaintiff*